WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Robert Spagat (SBN: 157388)
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: rspagat@winston.com

Attorneys for Defendant
PASTORIA ENERGY FACILITY LLC

Attorneys for Non-Party
CALPINE CORPORATION




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLUMBERS, PIPE AND REFRIGERATION FITTERS, LOCAL UNION 409,<br>Plaintiff,<br>vs.<br>CALPINE CORP., PASTORIA ENERGY FACILITY, LLC<br>Defendant. | Case No. C-04-5111-JW[1]<br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 428, AFL-CIO,<br>Plaintiff,<br>vs.<br>CALPINE CORP., PASTORIA ENERGY FACILITY, LLC<br>Defendant. | Case No. C-04-4050-JW<br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

[1] Cases C-04-5111-JW and C-04-4050-JW are related cases.



Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that each of the above-captioned actions should be dismissed with prejudice as to Defendant Pastoria Energy Facility, LLC. The parties also hereby stipulate that the Court's dismissal of former defendant and non-party Calpine Corporation should be modified so that the dismissal is with prejudice.[2]

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 23, 2008

WINSTON & STRAWN LLP

By [signature]
Charles S. Birenbaum
Jeffrey S. Bosley
Robert Spagat

Attorneys for
Defendant Pastoria Energy Facility, LLC

Attorneys for
Non-Party Calpine Corporation

Dated: May 19, 2008

REICH, ADELL, CROST & CVITAN

By [signature]
Paul E. Crost
Steven T. Nutter
Attorneys for Plaintiffs
International Brotherhood of Electrical Workers, Local 428, AFL-CIO and Plumbers, Pipe and Refrigeration Fitters, Local Union 409

[2] As the Court will recall, because "Plaintiffs proffered at oral arguments [their] willingness to dismiss Calpine [Corporation] from the current litigation," their claims against Calpine were "dismissed without prejudice." *See* No. 04-4050, Order Granting Plaintiffs' Motion to Compel Arbitration (Doc. 32) at 2:5-7; No. 04-5111, Order Granting Plaintiffs' Motion to Compel Arbitration (Doc. 36) at 2:5-7.



Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

IT IS SO ORDERED.

The Clerk shall close both case files.

Dated: June 2, 2008

JAMES WARE
Judge of the U.S. District Court

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894